PD-1615-14
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 3/20/2015 1:43:15 PM
Accepted 3/24/2015 8:53:57 AM
ABEL ACOSTA
CLERK

NO. PD-1615-14

IN THE COURT OF CRIMINAL APPEALS

**STATE OF TEXAS**,
Petitioner

**vs.**

**WILLIAM SMITH**,
Respondent

State's Petition for Discretionary Review from *William Smith v. State*, No. 13-11-00694-CR in the Thirteenth Court of Appeals, trial cause No. 11-CR-0403-C in the 94th Judicial District Court, Nueces County, the Hon. Bobby Galvan presiding

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE APPELLANT'S BRIEF**

William Smith, Appellant, respectfully files this Unopposed Motion for Extension of Time to File Brief. Appellant requests a 14 day extension of time to file his brief. This is Appellant's first request for an extension of time to file his brief. Appellant would respectfully show this Honorable Court as follows:

**I.**

The State filed a petition for discretionary review on December 10, 2014, to complain about the Thirteenth Court of Appeals' opinion and judgment in *William Smith v. State of Texas*, Cause No. 13-11-00694-CR. Appellant filed a response on December 30, 2014. On February 11, 2015, this Honorable Court granted the

petition and requested a full brief from the State within 30 days and a response by Appellant within 30 days of the filing of the State's brief. The State filed its brief on February 17, 2015, making Appellant's brief due March 19, 2015.

Appellant respectfully requests a 14 day extension of time to file his brief, making it due April 2, 2015. Counsel has conferred with counsel for the State, Doug Norman, who stated he is unopposed to this Motion.

## II.

Appellant makes this request based on the work schedule of counsel. Counsel prepared a filed briefs in the following cases over the last 30 days:

1) *Magdalena Ortiz vs. State of Texas vs. Magdalena Ortiz*, Cause No. 13-14-521-CR, filed March 2, 2015;

2) *Magdalena Ortiz vs. State of Texas*, Cause No. 13-14-522-CR, filed March 2, 2015, and amended brief filed March 3, 2015;

3) *Christopher Hernandez vs. State of Texas*, Cause No. 13-14-486-CR, filed March 10, 2015.

Counsel also has an extensive trial practice requiring investigation and preparation for trials or contested hearings, including but not limited to

1) trial set for March 9, 2015, in *State of Texas vs. Archie Fortenberry*, Cause No. 14-CR-2771-H in the 347th Judicial District Court, but case was resolved by plea on March 6, 2015.

2) Motion to revoke probation, *State of Texas vs. Cory Patterson*, Cause No. 11-CR-1322-C in the 94th Judicial District Court.  Ms. Patterson further required substantial assistance in residential and work placement.

3) State *of Texas vs. Melissa Pressley,* Cause No. 14-3582-1 in the County Court at Law #1, set for March 9, 2015, but reset on State's motion.

**Prayer**

Respondent respectfully requests this Honorable Court to grant this unopposed motion and grant Appellant an additional 14 days to file his brief, making it due April 2, 2015.

Respectfully submitted,

/s/ *Donald B. Edwards*
Donald B. Edwards
Attorney for Appellant
State Bar No. 06469050
Law Office of Donald B. Edwards
P.O. Box 3302
Corpus Christi, TX 78463-3302
(361) 887-7007
(361) 887-7009 (fax)

**Certificate of Conference and Service**

I, Donald B. Edwards, certify that I spoke with Mr. Doug Norman concerning the need for and length of requested extension on March 20, 2015. Mr. Norman stated no objection to the motion. A copy of this motion is being delivered to him and to the Office of the State Prosecuting Attorney on March 20, 2015, via the State's electronic filing and service system

/b/ *Donald B. Edwards*
Donald B. Edwards